**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND, TRAINING FUND,
HEALTH AND SAFETY FUND, and
DOMINICK GIAMMONA, as Funds'
Contributions/Deficiency Manager,

                        Plaintiffs,                  17 **CIVIL** 4493 (VSB)

                 -against-                     **JUDGMENT**

LJC DISMANTLING CORP.,

                        Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 17, 2021, the Report and Recommendation is adopted in its entirety, and (i) confirm the award and enter judgment for Plaintiffs in the amount of $698,816.59 in unpaid fringe benefit contributions, dues checkoffs, and PAC contributions; (ii) award $185,900.00 in prejudgment interest on the unpaid fringe benefit contributions; (iii) award $185,900.00 in liquidated damages; (iv) award $49,162.65 in prejudgment interest on the unpaid dues checkoffs and PAC contributions;2 (v) award audit costs in the amount of $62,868.93; and (vi) award attorneys' fees and costs in the amount of $84,450.03; accordingly, this case is close.

**Dated:** New York, New York
         May 18, 2021

                                                   **RUBY J. KRAJICK**

                                                    Clerk of Court
                                    **BY:**
                                                    Deputy Clerk