UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MASON TENDERS DISTRICT COUNCIL :
WELFARE FUND, PENSION FUND, :
ANNUITY FUND, TRAINING FUND, :
HEALTH AND SAFETY FUND, and : 17-cv-4493 (VSB)
DOMINICK GIAMMONA, as funds' :
contributions/deficiency manager, : **ORDER**
:
                    Plaintiffs, :
:
       -against- :
:
LJC DISMANTLING CORP., :
:
                    Defendant. :
:
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     On May 17, 2021, I directed the Clerk's Office to enter judgment and close this case. (Doc. 87.)  On August 12, 2021, Plaintiffs filed a motion to compel compliance with an information subpoena.  (Docs. 98–101.)  On August 20, 2021, Defendant requested an extension of time to file its opposition to the motion.  (Doc. 104.)  That request was not granted. Defendant never filed any opposition to the motion, and Plaintiffs never took any additional steps to prosecute the motion.  Accordingly, it is hereby:

     ORDERED that Plaintiffs file a status update on or before January 28, 2022 informing me whether they intend to pursue, or withdraw, their motion to compel compliance with an information subpoena.  If Plaintiffs state their intent to prosecute their motion, Defendants shall file any opposition to the motion on or before February 11, 2022.

SO ORDERED.

Dated: January 25, 2022
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge