# GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTORNEYS AT LAW
29 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10006-3218

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

BUFFALO OFFICE:
442 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800

BRUCE L. LISTHAUS
JOY K. MELE

OF COUNSEL
ANDREW A. GORLICK*

*NY BAR ONLY

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

LAWRENCE A. KRAVITZ (1972-2002)
BARBARA S. MEHLSACK (2004-2020)

March 8, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Training Fun, Health and Safety Fund, et al. v. LJC Dismantling Corp.*, Docket No.17-cv-04493 (VSB)

Dear Judge Broderick:

We represent the plaintiffs in the above-referenced action, and write pursuant to the Court's Memo Endorsement Order of February 22, 2022 (ECF Doc. 109) to provide a status of Plaintiffs' Motion to Compel compliance with an information subpoena.

Defendant provided amended answers to the information subpoena on March 8, 2022, and as a result, Plaintiffs withdraw their motion to compel.

Respectfully submitted,

GORLICK, KRAVITZ
& LISTHAUS, P.C.

Joy K. Mele

cc.: Michael M. Rabinowitz, Esq. (via ECF)

The Clerk of Court is respectfully directed to close the open motions at Docs. 98 and 104.

**SO ORDERED:**

Vernon Broderick   03/09/22
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE